Opinion issued May 6, 2010



In The

Court of
Appeals

For The

First District
of Texas

————————————

NO. 01-10-00301-CV

———————————

In re Ralph O. Douglas, Relator



 



 



Original Proceeding on Petition for Writ of Mandamus

 



 

MEMORANDUM OPINION

          By
petition for writ of mandamus, relator Ralph O. Douglas challenges the failure
of the Harris County local administrative judge for civil cases to respond to
his request to file additional litigation. 
Douglas does not identify the underlying case or name the local administrative
judge against whom he wishes to obtain a writ of mandamus.  See
Tex. R. App. P. 52.3(d)(2).

We deny the petition for writ of
mandamus.  See Tex. R. App. P. 52.8(a).

PER CURIAM

Panel
consists of Justices Keyes, Sharp, and Massengale.